**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LUCIANO DURAN-ARREOLA, AKA Luciano Arreola, <br><br>               Petitioner, <br><br>   v. <br><br> JEFFERSON B. SESSIONS III, Attorney General, <br><br>               Respondent. | No.    15-73825 <br><br> Agency No. A202-014-701 <br><br> MEMORANDUM* |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted March 13, 2018**

Before:     LEAVY, M. SMITH, and CHRISTEN, Circuit Judges.

Luciano Duran-Arreola, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order denying his motion to remand. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of

---

     *      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

     **     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

discretion the denial of a motion to remand. *Romero-Ruiz v. Mukasey*, 538 F.3d 1057, 1062 (9th Cir. 2008). We review de novo claims of due process violations. *Mohammed v. Gonzales*, 400 F.3d 785, 791-92 (9th Cir. 2005). We deny the petition for review.

The BIA did not abuse its discretion or violate due process in denying Duran-Arreola's motion to remand, where he did not show the alleged ineffective assistance of counsel may have affected the outcome of his proceedings. *See id.* at 793-94 (to demonstrate ineffective assistance of counsel, petitioner must show counsel failed to perform with sufficient competence and that petitioner was prejudiced by counsel's performance; to show prejudice, petitioner must show counsel's performance was so inadequate it may have affected the outcome of proceedings).

**PETITION FOR REVIEW DENIED.**